UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAMMION WALKER,**

    **Plaintiff,**

v.                                                     Case No. 1:22cv139-AW-HTC

**ERIC HOPSON,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is before the Court upon the Magistrate Judge's Report and Recommendation dated October 20, 2022 (ECF No. 14). Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2.    The clerk will enter a judgment that says, "This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address."

3.    The clerk will then close the case file.

Case No. 1:22cv139-AW-HTC

SO ORDERED on November 21, 2022.

                                                     s/ *Allen Winsor*
                                                   United States District Judge

Case No. 1:22cv139-AW-HTC